AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

**District of** COLUMBIA

**FILED**
NOV 30 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Mauro C. Palacio
**Plaintiff**

V.

U.S. Attorney General
U.S. Marshal Service
**Defendant**

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 06 2054

I, Mauro C. Palacio _____ declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant/respondent ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration McConnell Unit, 3001 S. Emily Drive
   Beeville, Texas 78102-8696
   Are you employed at the institution? Yes   Do you receive any payment from the institution? No

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   ☐ Yes   ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends   ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments   ☒ Yes   ☐ No
   d. Disability or workers compensation payments   ☒ Yes   ☐ No
   e. Gifts or inheritances   ☐ Yes   ☒ No
   f. Any other sources   ☐ Yes   ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

RECEIVED
OCT 18 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

| | | |
|---|---|---|
| Department of Veterans Affairs Compensation and Pensions | $ | 218.00 |
| Social Security Administration Disability | $ | 302.00 |

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

| | | SSA | VA |
|---|---|---|---|
| Margarita L. Palacio | Spouse | 0% | 34% |
| Marintia Palacio | Daughter | 50% | 33% |
| Mauro Palacio II | Son | 50% | 33% |

My Dependents receive my C&P Check
My Daughter and Son receive my Social Security Check

declare under penalty of perjury that the above information is true and correct.

10-14-2006  /s/ Mauro C. Palacio
Date        Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach a certified statement of each account.

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| _____ _____ United States Judge   Date | _____ _____ United States Judge   Date |